**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19–22240–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Cheryl A. Campbell
   723 9th Ave.
   Elizabeth, PA 15037

Social Security No.:
   xxx–xx–5410

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412–391–8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412–471–5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>September 23, 2019<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>September 23, 2019<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/22/19

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 19-22240-TPA
Cheryl A. Campbell                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 2              Date Rcvd: Aug 22, 2019
                              Form ID: rsc13          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
```
db          +Cheryl A. Campbell,    723 9th Ave.,    Elizabeth, PA 15037-1248
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15063151    ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Center,    250 MT LEBANON BV 420,
              West Mifflin, PA 15122)
15063150    +Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
15063154    +KML Law Group,    701 Market St.- Suite 5000,    Philadelphia, PA 19106-1541
15063158    +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15063155     Pennsylvania American Water Company,    PO Box 371412,    Pittsburgh, PA 15250-7412
15063157    +Peoples Natural Gas Company,    c/o S. James Wallace, Esq.,    845 North Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15063159    +Stellar Recovery,    Dept. 132118,    PO Box 1259,    Oaks, PA 19456-1259
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 02:43:11     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA 17128-0946
15063149    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 23 2019 02:43:47
              Berks Credit & Collection, Inc.,    P.O. Box 329,    Temple, PA 19560-0329
15063148    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 23 2019 02:43:47
              Berks Credit & Collection, Inc.,    900 Corporate Drive,    Reading, PA 19605-3340
15063152    +E-mail/Text: ccusa@ccuhome.com Aug 23 2019 02:42:53    Credit Collection Company/USA,
              16 DISTRIBUTOR DR 1,    Morgantown, WV 26501-7209
15063153    +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2019 02:43:43
              Credit Collection Service,    PO BOX 607,    Norwood, MA 02062-0607
15076592    +E-mail/Text: csc.bankruptcy@amwater.com Aug 23 2019 02:43:43     PENNSYLVANIA AMERICAN WATER,
              PO BOX 578,    ALTON, IL 62002-0578
15063156     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 02:43:11
              Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
              Harrisburg, PA 17128-0946
15075873    +E-mail/Text: bankruptcy@firstenergycorp.com Aug 23 2019 02:43:23    West Penn Power,
              5001 NASA Blvd,    Fairmont WV 26554-8248
15063160     E-mail/Text: bankruptcy@firstenergycorp.com Aug 23 2019 02:43:23    WestPenn Power,
              PO Box 3687,    Akron, OH 44309-3687
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           PNC BANK NATIONAL  ASSOCIATION
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Cheryl A. Campbell julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: agro              Page 2 of 2           Date Rcvd: Aug 22, 2019
                              Form ID: rsc13          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 5