**\*FILING FEE PAID\*** (Yes)    No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Campbell**    JAD/(TPA)/CMB/GLT

Case Number: **19-22240**

Date of Meeting: **9/23/19**    Recording # **2**

Debtor(s) present ✓ or Not Present (__No Payments Made or __ partial payments)

Attorney for debtor(s): **K. Steidl** (Present ✓ or Not Present __)

Date of Plan at § 341: **7/9/19**   Applicable commitment period __ 3 yrs __ 5 yrs

Debtor said did not need to file returns in 2016 & 2017 — but to confirm with state

Con't for confirmation returns not required for 2016 & 20[__]
No payments
Con't to re- par date cancel

____ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD

____ Order to Show Cause Requested
____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____ ; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
     ✓ 341 Meeting   OR   ✓ Conciliation Conf. OR ____ *Contested Hearing
On **11/21/19** at **2:30** am/pm Location _____

*stamp:* 2019 SEP 27 PM 12:51 FILED