Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Cheryl A. Campbell** | : | Case No. 19−22240−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per November 21, 2019 proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 6th of December, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22240-TPA
Cheryl A. Campbell                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar               Page 1 of 2              Date Rcvd: Dec 06, 2019
                              Form ID: 309             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db          +Cheryl A. Campbell,    723 9th Ave.,    Elizabeth, PA 15037-1248
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15063151    ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
             (address filed with court: Collection Service Center,    250 MT LEBANON BV 420,
              West Mifflin, PA 15122)
15063150    +Collection Service Center,    P.O. Box 560,   New Kensington, PA 15068-0560
15063154    +KML Law Group,    701 Market St.- Suite 5000,    Philadelphia, PA 19106-1541
15063158    +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15063155     Pennsylvania American Water Company,    PO Box 371412,    Pittsburgh, PA 15250-7412
15063157    +Peoples Natural Gas Company,    c/o S. James Wallace, Esq.,    845 North Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15063159    +Stellar Recovery,    Dept. 132118,    PO Box 1259,    Oaks, PA 19456-1259

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15063149    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 07 2019 02:41:24
              Berks Credit & Collection, Inc.,    P.O. Box 329,    Temple, PA 19560-0329
15063148    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 07 2019 02:41:24
              Berks Credit & Collection, Inc.,    900 Corporate Drive,    Reading, PA 19605-3340
15063152    +EDI: CCUSA.COM Dec 07 2019 07:18:00      Credit Collection Company/USA,    16 DISTRIBUTOR DR 1,
              Morgantown, WV 26501-7209
15063153    +EDI: CCS.COM Dec 07 2019 07:18:00      Credit Collection Service,    PO BOX 607,
              Norwood, MA 02062-0607
15076592    +E-mail/Text: csc.bankruptcy@amwater.com Dec 07 2019 02:41:17      PENNSYLVANIA AMERICAN WATER,
              PO BOX 578,    ALTON, IL 62002-0578
15063156     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2019 02:40:28
              Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
              Harrisburg, PA 17128-0946
15075873    +E-mail/Text: bankruptcy@firstenergycorp.com Dec 07 2019 02:40:38      West Penn Power,
              5001 NASA Blvd,    Fairmont WV 26554-8248
15063160     E-mail/Text: bankruptcy@firstenergycorp.com Dec 07 2019 02:40:38      WestPenn Power,
              PO Box 3687,    Akron, OH 44309-3687
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           PNC BANK NATIONAL   ASSOCIATION
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Cheryl A. Campbell julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2           User: lmar                  Page 2 of 2              Date Rcvd: Dec 06, 2019
                               Form ID: 309                Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5