Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Cheryl A. Campbell**  *Debtor(s)* | Case No. 19−22240−TPA  Chapter: 13 |
| | Per January 28, 2021 proceeding |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 3rd of February, 2021,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Cheryl A. Campbell  
    Debtor

Case No. 19-22240-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lmar      Page 1 of 2  
Date Rcvd: Feb 03, 2021      Form ID: 309      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl A. Campbell, 723 9th Ave., Elizabeth, PA 15037-1248 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15063151 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 MT LEBANON BV 420, West Mifflin, PA 15122 |
| 15063150 | + | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15063154 | + | KML Law Group, 701 Market St.- Suite 5000, Philadelphia, PA 19106-1541 |
| 15063155 | | Pennsylvania American Water Company, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15063157 | + | Peoples Natural Gas Company, c/o S. James Wallace, Esq., 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15063159 | + | Stellar Recovery, Dept. 132118, PO Box 1259, Oaks, PA 19456-1259 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15063148 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 04 2021 10:34:00 | Berks Credit & Collection, Inc., 900 Corporate Drive, Reading, PA 19605-3340 |
| 15063149 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 04 2021 10:34:00 | Berks Credit & Collection, Inc., P.O. Box 329, Temple, PA 19560-0329 |
| 15063152 | + | EDI: CCUSA.COM | Feb 04 2021 12:23:00 | Credit Collection Company/USA, 16 DISTRIBUTOR DR 1, Morgantown, WV 26501-7209 |
| 15063153 | + | EDI: CCS.COM | Feb 04 2021 12:23:00 | Credit Collection Service, PO BOX 607, Norwood, MA 02062-0607 |
| 15076592 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 04 2021 10:34:00 | PENNSYLVANIA AMERICAN WATER, PO BOX 578, ALTON, IL 62002-0578 |
| 15063158 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 04 2021 10:32:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15063156 | | EDI: PENNDEPTREV | Feb 04 2021 12:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15063156 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2021 10:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15075873 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 04 2021 10:33:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15063160 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 04 2021 10:33:00 | WestPenn Power, PO Box 3687, Akron, OH 44309-3687 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Cheryl A. Campbell julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 5